# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE FLORES-MEDINA,<br><br>Defendant. | Case No. 18-CR-129-WQH<br><br>**JUDGEMENT AND ORDER OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information (ECF No. 12) in the above-captioned case be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: March 8, 2018

HON. WILLIAM Q. HAYES
United States District Judge